UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-81018-CIV-RYSKAMP/VITUNAC

STG SECURE TRADING GROUP, INC.,

      Petitioner,

v.

SOLARIS OPPORTUNITY FUND, LP,
a foreign limited partnership,

      Respondent.
_____/

SOLARIS OPPORTUNITY FUND, LP,
a foreign limited partnership,

      Petitioner,

v.

ALAN DAVID WEINER,
an individual,

      Respondent.
_____/

## ORDER CONFIRMING SALE OF AUTOMOBILE

**THIS CAUSE** is before the Court upon Petitioner's Motion for Confirmation of Sale of Automobile [DE 98]. The Court having reviewed the Motion and otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED**:

    1.    On April 13, 2007, this Court entered an Order of Final Judgment against Weiner in his individual capacity.

    2.    Petitioner, Solaris Opportunity Fund, LP ("Solaris"), discovered that Respondent,

2

Alan David Weiner ("Mr. Weiner"), owned a variety of expensive automobiles. Specifically, Solaris found information revealing that Weiner owned a 2002 Auburn Kit Car bearing VIN number AUBURN8512002003 ("Auburn").

3. As a result of Mr. Weiner's failure to satisfy the judgment against him, Solaris delivered to the United States Marshals valid seizure orders and subsequently gained possession of the Auburn.

4. The sale of personalty is governed by 28 U.S.C. §§2001-2004 (2007). According to 28 U.S.C. § 2001, "the court may order the sale of such realty or interest or any part thereof at private sale for cash or other consideration and upon such terms and conditions as the court approves, if it finds that the best interests of the estate will be conserved thereby."

5. As the Auburn has been appraised by three disinterested appraisers, a potential purchaser has made a sufficient offer that satisfies the minimum price requirement of 28 U.S.C. § 2001, and notice has been given through publication in a newspaper of general circulation more than ten days ago, Solaris' Motion is hereby GRANTED.

**DONE AND ORDERED** at West Palm Beach, Florida this 16 day of July, 2008.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE